# EXHIBIT A

# Affidavit

State of New Jersey:

:SS

County of Union:

**DAVID SPALDING** of full age, being duly sworn according to law, deposes and says:

1. I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc., and as such serve process.

2. I have made numerous attempts to serve the following:

**CESAR PINA**
**101 JASMINE COURT**
**FRANKLIN LAKES NJ  07417**

Civil Action/Docket #: **2 23 CV 22655 CCC LDW**   Venue:  **DISTRICT**
In the case of: **CHAMBLIN GROUP REAL ESTATE VENTURES LLC, ET AL** vs. **CESAR HUMBERTO PINA, ET AL**

3. I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

**I ATTEMPTED TO SERVE THE ABOVE NAMED INDIVIDUAL/ENTITY ON 12/12/2023 11:44 AM. 12/13/2023 9:43 AM, 12/14/2023 10:45 AM, 12/15/2023 5:35 PM AND 12/18/2023 8:31AM, WHERE I MADE SEVERAL ATTEMPTS TO MAKE CONTACT.  THERE IS A RINGBELL SYSTEM. A DOG IS INSIDE AND A PICK-UP TRUCK AND/OR A MERCEDES SUV WERE ALWAYS PARKED IN THE DRIVEWAY. BUT ON ALL ATTEMPTS, NO ONE EVER ANSWERS THE DOOR.  UNFORTUNATELY, I WAS UNABLE TO EFFECTUATE SERVICE.**

Subscribed and Sworn to me this

_18th day of December, 2023_

Notary Signature

Rosemary Ramos          September 25th, 2028
Name of Notary           My Commission Expires

Signature of Process Server

_12/18/2023_
Date

Attorney:     ALEXANDER SCHACHTEL, ESQ
Firm:         LAW OFFICE OF ALEXANDER SCHACHTEL-JERSEY CITY
Ref #:        20231208163431

Name of Private Server: DAVID SPALDING  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

20231208163404

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20231208163404** Was

**NOT SERVED!**

LAW OFFICE OF ALEXANDER SCHACHTEL-JERSEY CITY
ALEXANDER SCHACHTEL, ESQ
101 HUDSON STREET STE. 2109
JERSEY CITY NJ 07302

NOT Served Date/Time: 12/18/2023 8:31 AM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: LA024156**

NOT Served Upon:   **JENNIFER ITURRALDE PINA**
At HOME :   **101 JASMINE COURT  FRANKLIN LAKES NJ 07417**

In the Case/Docket:   **2 23 CV 22655 CCC LDW**   Claim:
Plaintiff:   **CHAMBLIN GROUP REAL ESTATE VENTURES LLC, ET AL**
Defendant:   **CESAR HUMBERTO PINA, ET AL**
Attorney:   **ALEXANDER SCHACHTEL, ESQ**   Phone: **2019250660**   Fax:   Email: **info@schachtelaw.com**
Firm:   **LAW OFFICE OF ALEXANDER SCHACHTEL-JERSEY CITY**
**101 HUDSON STREET STE. 2109 JERSEY CITY NJ 07302**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**
**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

**Sales Tax of 6.625% Applies**

[ X ]* Affidavit of Due Diligence $60 NJ only, $75 other states

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____   ___/___/_____
AUTHORIZING SIGNATURE                      DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:  **ENTITY EVADING**
**THE SERVER MADE SEVERAL ATTEMPTS TO MAKE CONTACT.  THERE IS A RINGBELL SYSTEM. A DOG IS INSIDE AND A PICK-UP TRUCK AND/OR A MERCEDES SUV WERE ALWAYS PARKED IN THE DRIVEWAY. BUT ON ALL ATTEMPTS, NO ONE EVER ANSWERS THE DOOR.**

**PLEASE ADVISE GSS ON HOW TO PROCEED.**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

20231208163303

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

LAW OFFICE OF ALEXANDER SCHACHTEL-JERSEY CITY
ALEXANDER SCHACHTEL, ESQ
101 HUDSON STREET STE. 2109
JERSEY CITY NJ 07302

YOUR PROCESS **20231208163303** Was

**NOT SERVED!**

NOT Served Date/Time: 12/18/2023 8:30 AM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: LA024156**

NOT Served Upon: **TAYLOR PINA**
At HOME : **101 JASMINE COURT  FRANKLIN LAKES NJ 07417**

In the Case/Docket: **2 23 CV 22655 CCC LDW**   Claim:
Plaintiff: **CHAMBLIN GROUP REAL ESTATE VENTURES LLC, ET AL**
Defendant: **CESAR HUMBERTO PINA, ET AL**
Attorney: **ALEXANDER SCHACHTEL, ESQ**   Phone: **2019250660**   Fax:   Email: **info@schachtelaw.com**
Firm: **LAW OFFICE OF ALEXANDER SCHACHTEL-JERSEY CITY**
**101 HUDSON STREET STE. 2109 JERSEY CITY NJ 07302**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**
**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find        [ X ]* Affidavit of Due Diligence $60 NJ only, $75 other states

[ ] Skip Search* - $75.00 - no find, no pay           [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S             [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                       $150/hr Out of State **(circle one)** - Auth Hours ___

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available                _____   ___/___/_____
                                                      AUTHORIZING SIGNATURE              DATE
**Sales Tax of 6.625% Applies**

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:  **ENTITY EVADING**
**THE SERVER MADE SEVERAL ATTEMPTS TO MAKE CONTACT.  THERE IS A RINGBELL SYSTEM. A DOG IS INSIDE
AND A PICK-UP TRUCK AND/OR A MERCEDES SUV WERE ALWAYS PARKED IN THE DRIVEWAY. BUT ON ALL
ATTEMPTS, NO ONE EVER ANSWERS THE DOOR.**

**PLEASE ADVISE GSS ON HOW TO PROCEED.**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***