# EXHIBIT C



Xander Schachtel <xschachtel@gmail.com>

## DeAngelo v Pina Docket No.: Civil Action No.: 2:23-cv-22655

**Steven Griegel**    griegel@ro elligriegel com                     Wed, Dec 20, 2023 at 11 58 AM
To: Xander Schachtel <xschachtel@gmail.com>
Cc: Margaret Armenante <marmenante@roselligriegel.com>



I represent Cesar and Jen in the federal case and relating to it, which you just heard a little while ago while we were on-line with the Bergen judge. You also just heard that I have no authority to accept service, which the judge understood.

[Quoted text hidden]